THOMPSON v. LOCKERT

No. 59 PC.

Case below: 34 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 November 1977.

WATER AND SEWER AUTHORITY v. ESTATE OF ARMSTRONG

No. 58 PC.

Case below: 34 N.C. App. 162.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 November 1977.